United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40233
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SALVADOR ZAMORA-QUINTANILLA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-00-CR-937-8
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

Salvador Zamora-Quintanilla appeals his guilty plea

conviction and sentence for conspiracy to possess with intent to

distribute more than ten kilograms of cocaine in violation of 21

U.S.C. §§ 846, 841(a)(1).  He argues that 21 U.S.C. § 841 is

unconstitutional in light of Apprendi v. New Jersey, 530 U.S. 466

(2000).  Zamora-Quintanilla concedes that this court rejected his

argument in United States v. Slaughter, 238 F.3d 580, 582 (5th

Cir. 2000), but asserts that he is raising it to preserve it for

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Supreme Court review.  As the argument is foreclosed by circuit precedent, the judgment of the district court is AFFIRMED.